FILED
CLERK, U.S. DISTRICT COURT
JUL - 8 2013
CENTRAL DISTRICT OF CALIFORNIA
BY         DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLS FARGO BANK, etc., <br><br> Plaintiff, <br><br> v. <br><br> ERNESTO VILLALON JR., et al., <br><br> Defendants. | NO. CV 13-4636-UA(DUTYx) <br><br> ORDER SUMMARILY REMANDING <br> IMPROPERLY REMOVED ACTION |

In a separate order, the Court has denied Defendant's application to proceed <u>in forma pauperis</u> in this improperly removed unlawful detainer action. For the same reasons stated in the Court's separate order, the action is remanded to state court for lack of subject matter jurisdiction.

DATED: 7/5, 2013.

GEORGE H. KING
CHIEF UNITED STATES DISTRICT JUDGE